

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00852-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

The real parties in interest unopposed amended motion for second extension of time to file response to mandamus petition is hereby GRANTED.

It is so **ORDERED** on December, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.